UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUINTESSA HUEY AND CARYN L. FONG, AS TRUSTEES OF THE HUEY & FONG TRUST AND AMY HUEY AS TRUSTEE OF THE KENNETH HUEY FAMILY TRUST | CIVIL ACTION NO. 07-1169 <br><br> SECTION: M <br> MAGISTRATE: 2 |
| Versus | |
| | JUDGE PETER BEER |
| SUPER FRESH/SAV-A-CENTER, INC., THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., LEXINGTON INSURANCE COMPANY, COMMONWEALTH INSURANCE COMPANY, LLOYDS OF LONDON COMPANIES AND CONTINENTAL CASUALTY COMPANY | MAGISTRATE WILKINSON |

## **MOTION TO COMPEL PRODUCTION OF SETTLEMENT INFORMATION**

NOW INTO COURT, through undersigned counsel, come Defendants Super Fresh/Sav-A-Center and The Great Atlantic & Pacific Tea Company, Inc. (collectively, the "A&P Parties"), and move this Court to compel the production of settlement information between Plaintiffs Quintessa Huey and Caryn L. Fong, as Trustees of the Huey & Fong Trust and Amy Huey as Trustee of the Kenneth Huey Family Trust ("Huey and Fong") and Insurer Co-Defendants

Lexington Insurance Company, Commonwealth Insurance Company, and Lloyds of London Companies for the reasons set forth in the attached memorandum.

Respectfully submitted,

/s/ Joy G. Braun
**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.**
Robert E. Winn (Bar No. 11136)
J. David Forsyth (Bar No. 5719)
Peter S. Title (Bar No. 12832)
Joy G. Braun (Bar No. 3416), T.A.
Sharon Cormack Mize (Bar No. 17716)
201 St. Charles Avenue, Suite 3500
New Orleans, LA 70170-3500
Telephone: (504) 582-1500
Facsimile: (504) 582-1585
***Attorneys for Super Fresh/Sav-A-Center, Inc. and The Great Atlantic & Pacific Tea Company, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

/s/ Joy G. Braun
jgb@sessions-law.com

H:\A&P\Huey & Fong v. A&P (07) 412-21419\Pleadings - USDC EDLA\Motion.Compel Settlement Info.wpd