UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUINTESSA HUEY AND CARYN L. FONG, AS TRUSTEES OF THE HUEY & FONG TRUST AND AMY HUEY AS TRUSTEE OF THE KENNETH HUEY FAMILY TRUST | CIVIL ACTION NO. 07-1169<br><br>SECTION: M<br>MAGISTRATE: 2 |
| Versus | JUDGE PETER BEER |
| SUPER FRESH/SAV-A-CENTER, INC., THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., LEXINGTON INSURANCE COMPANY, COMMONWEALTH INSURANCE COMPANY, LLOYDS OF LONDON COMPANIES AND CONTINENTAL CASUALTY COMPANY | MAGISTRATE WILKINSON |

### MOTION FOR LEAVE OF COURT
### TO TAKE PERPETUATION DEPOSITION OF FORMER AON EMPLOYEE
### TYRONE DAVIS BY TELEPHONE OR IN PERSON

Pursuant to Rule 30 of the Federal Rules of Civil Procedure and for the reasons set out in the accompanying memorandum in support, Defendants Super Fresh/Sav-A-Center and The Great Atlantic & Pacific Tea Company, Inc. (collectively "the A&P Parties"), file this Motion for Leave to take a short perpetuation deposition of former Aon employee Tyrone Davis.

Respectfully submitted,

/s/ Joy G. Braun
**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.**
Robert E. Winn (Bar No. 11136)
J. David Forsyth (Bar No. 5719)
Peter S. Title (Bar No. 12832)
Joy G. Braun (Bar No. 3416), T.A.
Sharon Cormack Mize (Bar No. 17716)
201 St. Charles Avenue, Suite 3500
New Orleans, LA 70170-3500
Telephone: (504) 582-1500
Facsimile: (504) 582-1585
***Attorneys for Super Fresh/Sav-A-Center, Inc. and The Great Atlantic & Pacific Tea Company, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

/s/ Joy G. Braun
jgb@sessions-law.com

H:\A&P\Huey & Fong v. A&P (07) 412-21419\Pleadings - USDC EDLA\Motion.Leave to Depose Tyrone Davis.wpd